# ELECTRONIC RECORD

569-15
570-15
571-15
572-15

COA # 11-13-00094-CR          OFFENSE: 19.03-01

STYLE:  **Victor White v.**
**The State of Texas**          COUNTY:  Ector

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 358th District Court

DATE: 3/26/15          Publish: NO   TC CASE #:     D-38,103

## IN THE COURT OF CRIMINAL APPEALS

569-15  570-15  572-15

STYLE:  **Victor White v.**
**The State of Texas**          CCA #:  **PD-0571-15**

_____ **PRO SE** _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:          _____

_____ REFUSED _____          JUDGE:          _____

DATE: 10/07/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**